159-15

# ELECTRONIC RECORD

COA #  10-14-00015-CR

OFFENSE:  Promotion of Prostitution

STYLE:  Jennifer Kelly v. The State of Texas

COUNTY:  Madison

TRIAL COURT:  278th District Court

TRIAL COURT #:  13-11915-278-15

TRIAL COURT JUDGE:  Hon. Jerry A. Sandel

DISPOSITION:  AFFIRMED

_____ MOTION

FOR REHEARING IS:  _____

DATE:  _____

JUDGE:  _____

DATE:  January 8, 2015

JUSTICE:  Davis          PC _____   S   YES

PUBLISH:  YES          DNP:  _____

CLK RECORD:  1/31/2014

RPT RECORD:  5/6/2014

STATE BR:  8/11/2014

APP BR:  7/14/2014

SUPP CLK RECORD:  _____

SUPP RPT RECORD:  _____

SUPP BR:  _____

PRO SE BR:  _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA #  159-15

---------------------

*APPELLANT'S* Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE:  04/15/2015

JUDGE:  _____

Disposition:  _____

DATE:  _____

JUDGE:  _____

SIGNED:  _____    PC:  _____

PUBLISH:  _____    DNP:  _____

---------------------

_____ MOTION FOR REHEARING IN

CCA IS:  _____ ON _____

JUDGE:  _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE:  _____